# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SARTAIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A.K. SCRIBNER, et. al.,<br><br>　　　　　Defendants.<br>_____/ | CV F 04 5621 REC SMS P<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT (Doc. 10.) |

　　Daniel Sartain ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　On December 8, 2005, Plaintiff filed a motion to extend time to file an Amended Complaint as ordered by the Court. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　Plaintiff is granted THIRTY (30) DAYS from the date of service of this order to file the Amended Complaint. Petitioner is forewarned that his failure to comply with this order will result in a Recommendation that the action be dismissed.

IT IS SO ORDERED.

**Dated:　　January 11, 2006**　　　　　　　　**/s/ Sandra M. Snyder**
icido3　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1