\

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SARTAIN, | CV F 04 5621 REC SMS P |
| Plaintiff, | |
| v. | ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND (Doc. 1.) |
| A.K. SCRIBNER, et. al., | ORDER DIRECTING CLERK OF COURT TO SEND PLAINTIFF BLANK CIVIL RIGHTS FORM |
| Defendants. | |

    Daniel Sartain ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the instant action on April 26, 2004, alleging inadequate medical care.  The Complaint names Warden A.K. Scribner, Dr. J. Klarich, HCM, Dr. Jack Friedman, and Dr. Clyve Greaves as Defendants and seeks monetary damages.

    On November 18, 2005, the Court dismissed the Complaint with leave to amend. Plaintiff requested an extension of time to submit an Amended Complaint on December 8, 2005. This request was granted to and including February 15, 2006.  However, Plaintiff still did not submit an Amended Complaint.  Thus, the Court issued Findings and Recommendations on March 2, 2006.  Plaintiff filed objections on March 29, 2006, requesting that the Court allow him

to proceed in the instant action rather than dismiss.

The Court will grant plaintiff time to submit the Amended Complaint in compliance with the Court's previous Order. However, should Plaintiff fail to comply yet again, the Court will refer the Findings and Recommendations to the District Court for resolution.

Accordingly, Plaintiff is GRANTED thirty (30) days from the date of service of this Order to submit an Amended Complaint in compliance with the Court's Order.

IT IS SO ORDERED.

**Dated:   April 14, 2006**             /s/ Sandra M. Snyder
icido3                                  UNITED STATES MAGISTRATE JUDGE