1

2   \

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

12   DANIEL SARTAIN,                        CV F 04 5621 REC SMS P

13                    Plaintiff,

14       v.                              ORDER VACATING FINDINGS AND
                                         RECOMMENDATIONS ISSUED MARCH 2,
15                                        2006 (Doc. 12.)

16   A.K. SCRIBNER, et. al.,

17                    Defendants.
     _____/

18

19        Daniel Sartain ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in

20   this civil rights action filed pursuant to 42 U.S.C. § 1983.

21        On November 18, 2005, the Court dismissed the Complaint with leave to amend.

22   Plaintiff requested an extension of time to submit an Amended Complaint on December 8, 2005.

23   This request was granted to and including February 15, 2006.  However, Plaintiff still did not

24   submit an Amended Complaint.  Thus, the Court issued Findings and Recommendations on

25   March 2, 2006.  Plaintiff filed objections on March 29, 2006, requesting that the Court allow him

26   to proceed in the instant action rather than dismiss.

27        On April 17, 2006, the Court granted Plaintiff time to file the Amended Complaint.  The

28   Court noted that if Plaintiff complied, it would vacate the Findings and Recommendations and

1

proceed with the case.  Plaintiff submitted an Amended Complaint on May 18, 2006.

Accordingly, in light of the above, the Court HEREBY ORDERS:

1.      The Findings and Recommendations issued March 2, 2006, are VACATED.

The Court will proceed with processing the case in due course.

IT IS SO ORDERED.

**Dated:**    **May 22, 2006**                                    /s/ **Sandra M. Snyder**
icido3                                                    UNITED STATES MAGISTRATE JUDGE