IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE SARTAIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>A. K. SCRIBNER, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:04-cv-05621-LJO-SMS-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>(Doc. 22)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM<br><br>ORDER FOR CLERK TO CLOSE CASE |

Daniel Lee Sartain ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 16, 2008, findings and a recommendation were entered, recommending that this entire action be dismissed with prejudice, for failure to state a claim against any of the named defendants. Plaintiff was provided an opportunity to file objections to the findings and recommendation within thirty days.   On May 9, 2008, plaintiff filed objections to the findings and recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendation to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendation issued by the Magistrate Judge on April 16, 2008, are adopted in full;

2. This action is dismissed in its entirety, with prejudice, based on plaintiff's failure to state a claim against any of the named defendants ; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   June 5, 2008**                             /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

2